**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

ISAIN ROMERO-CHAMOLTA,

        Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

        Respondents.

CIVIL ACTION NO.: 5:26-cv-2

**O R D E R**

     Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, raising what

appears to be the same claim and seeking the same relief as the Petitioners in the Villa v.

Normand, 5:25-cv-89, consolidated cases.  Thus, the Court **DIRECTS** Respondents to **SHOW**

**CAUSE** why this Petitioner is not entitled to the same relief as the Petitioners in the cases

consolidated into Villa within **five business days** of this Order.  The Court **DIRECTS** the

United States Marshal to serve a copy of the Petition, doc. 1, and a copy of this Order by

registered or certified mail upon: (1) the Attorney General of the United States; (2) the named

Warden-Respondent; and (3) the civil process clerk at the office of the United States Attorney

for the Southern District of Georgia.  See Fed. R. Civ. P. 4(i).  Petitioner is responsible for

serving any other Respondent named in the Petition.[1]  The Court **DIRECTS** the Clerk of Court

---

[1]     The Court advises Petitioner's counsel that, absent compelling argument to the contrary, the
Warden-Respondent will be the only named Respondent.  Counsel for Respondent has repeatedly assured
the Court that the Warden-Respondent will be able to provide the requested relief.

to provide a courtesy copy of this Order and the Petition to the United States Attorney's Office

at: Bradford.Patrick@usdoj.gov; Woelke.Leithart@usdoj.gov; and Keveya.Sturkey@usdoj.gov.

    **SO ORDERED**, this 8th day of January, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA